FILED
CLERK

3/7/2013 12:36 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
WAYNE SPENCE,

              Plaintiff,

   -against-

ANTHONY G. ELLIS, individually, JOSE
BURGOS, individually, THEODORE A.
COOK, individually,

             Defendants.
----------------------------------------------------------X

07-CV-5249(TCP)

ORDER

PLATT, District Judge.

    Before the Court is Magistrate Judge Arlene R. Lindsay's Report and Recommendation (DE 87) concerning plaintiff Wayne Spence's attorney's request for fees and costs pursuant to 42 U.S.C. § 1988.

    After thorough consideration of the Report along with plaintiff's objections and defendants' opposition to those objections, the undersigned holds that the Report's calculation of the attorney's fees and costs was proper under the circumstances of this case. Accordingly, the Report and Recommendation is hereby adopted its entirety. Plaintiff is therefore awarded the sum of $177,108.75 in attorney's fees and the sum of $12,317.12 in costs from defendants for a total sum of $189,425.87.

**SO ORDERED**.

Dated: March 7, 2013
       Central Islip, New York

                                                      /s/
                                     Thomas C. Platt, U.S.D.J.